UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACI GOINS,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BB&T SECURITIES, LLC and TRUIST FINANCIAL CORPORATION<br><br>　　　　　　　Defendants. | Case No.: 1:20-cv-09891-PGG-JLC |

### STIPULATION AND ORDER
### APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

IT IS HEREBY STIUPLATED AND AGREED, by and between the parties, and Ordered by the Court that:

(a)　Having reviewed the terms of the parties' settlement agreement and letter motion for settlement approval, the Court finds that the parties' settlement of the claims under the Fair Labor Standards Act is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and directs the Clerk to enter this document;

(b)　Defendants shall tender all payments to Plaintiff and Plaintiff's counsel in accordance with the schedule set forth in the parties' Settlement Agreement and Release;

(c)　The above-captioned action and all causes of action asserted therein are hereby dismissed; and

(d)　The Court shall retain jurisdiction over this matter for the sole purpose of enforcing the terms of the Settlement Agreement and Release.

*[Signatures on following page.]*

Dated: 12/22/2021
      New York, New York

**FARUQI & FARUQI, LLP**

By: _____
    Alex J. Hartzband
    Camilo M. Burr

685 Third Avenue, 26th Floor
New York, New York 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
ahartzband@faruqilaw.com
cburr@faruqilaw.com

*Attorneys for Plaintiff*

Dated: 12/22/2021
      New York, New York

**MURPHY & MCGONIGLE, P.C.**

By: _____
    Andrew J. Melnick
    Jonah Hecht

1185 Avenue of the Americas, 21st Floor
New York, New York 10036
Telephone: (212) 880-3999
Facsimile: (212) 880-3998
andrew.melnick@mmlawus.com
jonah.hecht@mmlawus.com

*Attorneys for Defendants*

The Clerk of Court is directed to close this case.

SO ORDERED:

_____
The Honorable Paul G. Gardephe
United States District Court Judge

Jan. 5, 2022

2